**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | |
| v. | CR NO: 2:23-CR-159 KJM |
| **RAMON BARAJAS,** | |
| Defendant. | |

**APPLICATION FOR WRIT OF HABEAS CORPUS**

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
☒ Ad Prosequendum     ☐ Ad Testificandum

Name of Detainee: Ramon Barajas
Detained at: San Joaquin County Jail
Detainee is:   a.) ☒ charged in this district by: ☒ Indictment  ☐ Information  ☐ Complaint
                    charging detainee with: 8 U.S.C. § 1326(a) and (b)(1)
       or     b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:  a.) ☐ return to the custody of detaining facility upon termination of proceedings
         or    b.) ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary forthwith in the Eastern District of California.*

Signature: */s/ Elliot C. Wong*
Printed Name & Phone No: Elliot C. Wong, (916) 554-2764
Attorney of Record for: United States of America

**WRIT OF HABEAS CORPUS**
☒ Ad Prosequendum     ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as any Federal Agent for this district, is hereby ORDERED to produce the named detainee, *forthwith*, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: August 2, 2023

Honorable Jeremy D. Peterson
U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | | ☒ Male  ☐ Female | |
| Booking or CDC #: | 230523101 | DOB: | 09/04/1967 |
| Facility Address: | 999 W. Mathews Rd, French Camp, CA | Race: | W |
| Facility Phone: | (209) 468-4384 | FBI#: | 667623RA4 |
| Currently | | | |

**RETURN OF SERVICE**

Executed on: _____  _____
                                          (signature)