UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>RAMON BARAJAS,<br><br>　　　　　Defendant. | No. 2:23-CR-00159-KJM<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO: THE UNITED STATES MARSHAL SERVICE

This is to authorize and direct you to release RAMON BARAJAS; Case No. 2:23-CR-00159-KJM, from custody for the following reasons:

　　___ Release on Personal Recognizance

　　___ Bail Posted in the Sum of $

　　　　　___ Unsecured Appearance Bond

　　　　　___ Appearance Bond with 10% Deposit

　　　　　___ Appearance Bond with Surety

　　　　　___ Corporate Surety Bail Bond

　　_X_ (Other): <u>Time Served</u>.

Issued at Sacramento, California on __6/24/24__, at __11:59 am__.

_/s/ Kimberly J. Mueller_
Kimberly J. Mueller
United States District Judge